UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** November 22, 2022   **Time:** 9:00 – 9:30   **Judge:** BETH LABSON FREEMAN

**Total Time:** 30 Minutes

**Case No.:** 5:22-cr-00422-BLF-1   **Case Name:** UNITED STATES v. Mereacre

**Attorney for Plaintiff:** Susan Knight
**Attorney for Defendant:** Doron Weinberg for Vasile Mereacre - P/NC

**Deputy Clerk:** Tiffany Salinas-Harwell        **Reported by:** Summer Fisher
**Interpreter:** N/A                              **Probation Officer:** N/A

## PROCEEDINGS

**CHANGE OF PLEA**

Change of Plea hearing held.

Plea Agreement Executed in Open Court.

The Defendant Pleads GUILTY to COUNT 1 of the Information filed on 11/4/2022.

Case Referred to Probation for Preparation of a Presentencing Report.

CASE CONTINUED TO: April 4, 2023, at 8:30 a.m. for Sentencing.

///

**P/NP:** Present, Not Present
**C/NC:** Custody, Not in Custody
**I:** Interpreter

**Courtroom Deputy**
**Original E-Filed**